**Jack SUNSERI; Consolidated Partners,
Limited, Plaintiffs–Appellants,**

v.

**Phyllis PROCTOR; Conrad Proctor;
David Proctor; Conrad A. Proctor
Family Trust; Phyllis Proctor Family
Trust; Anderson–Proctor Trust; Phyllis D. Proctor Trust; Anderson–Proctor Family Limited Partnership;
Proctor, LLC; Anderson–Proctor,
LLC, Defendants–Appellees.**

No. 07–1715.

United States Court of Appeals,
Sixth Circuit.

Aug. 18, 2008.

Before: DAUGHTREY, COOK, and
FARRIS,* Circuit Judges.

COOK, Circuit Judge.

In order to enforce a prior judgment against general partnership Macro Cellular Partners ("Macro"), plaintiffs Jack Sunseri and Consolidated Partners, Ltd.

---

* The Honorable Jerome Farris, Circuit Judge of the United States Court of Appeals for the   Ninth Circuit, sitting by designation.

(collectively, "Sunseri"), seek to reach the individual assets of defendant partners (collectively, the "Proctors") unnamed in the original suit. The district court granted summary judgment for the Proctors, concluding that Sunseri's claims against the Proctors accrued with the claims against the partnership and the relevant statutes of limitations now barred the action. Review of the briefs and record counsels us to agree with the district court.

Because a separate opinion would add little to the district court's analysis, we affirm the court's judgment, adopting its reasoning.